(116 So. 329)

### H. K. MARTIN, Probate Judge, etc., v. H. A. PEARCE, Judge, etc. (4 Div. 378.)

Supreme Court of Alabama. March 29, 1928.

Certiorari to Court of Appeals.

Lee & Tompkins and Farmer, Merrill & Farmer, all of Dothan, for petitioner.

O. S. Lewis, of Dothan, and Sollie & Sollie, of Ozark, opposed.

PER CURIAM. Petition of H. K. Martin, as judge of probate of Houston county, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Ex parte Martin, Judge, 116 So. 328.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and BOULDIN, JJ., concur.